Rel: August 30, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2024

SC-2023-0782

Roy S. Moore v. Deborah Wesson Gibson (Appeal from Etowah Circuit Court: CV-18-900346).

PER CURIAM.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Sellers, Acting C.J.,* and Mendheim, Stewart, and Mitchell, JJ., and McCool, Minor, and Hanson, Special Justices,* concur.

Parker, C.J., and Shaw, Wise, Bryan, and Cook, JJ., recuse themselves.

*Because five members of the Supreme Court, including the Chief Justice, recused themselves, on August 15, 2024, Acting Chief Justice Sellers appointed Judge McCool and Judge Minor, of the Court of Criminal Appeals, and Judge Hanson, of the Court of Civil Appeals, to serve as Special Justices in this appeal.